**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

ALBERTO RIVERA,                                          :
                                                         :
                        Plaintiff,                       :          25-CV-5175 (VSB) (OTW)
                                                         :
            -against-                                    :          **ORDER**
                                                         :
STRICTLY CONFIDENTIAL SERVICE, INC.                      :
AND GEORGY SIROTA,                                       :
                                                         :
                        Defendants.                      :
                                                         :
--------------------------------------------------------------x


       **ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on March 4, 2026. For the reasons discussed at the conference, the stay of this case is **LIFTED**. Accordingly, Defendants' answer is due **Friday, March 6, 2026**.

The parties are directed to file a joint status letter on **March 27, 2026**, and the last business Friday of every month thereafter to report what discovery has been done, what discovery still remains outstanding, what you intend to accomplish in the coming month, and the status of any current or anticipated discovery disputes.

       **SO ORDERED.**


_s/ Ona T. Wang_

Dated: March 4, 2026                                     **Ona T. Wang**
      New York, New York                            United States Magistrate Judge