**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERTO RIVERA,<br><br>Plaintiff,<br><br>-against-<br><br>STRICTLY CONFIDENTIAL SERVICE, INC. AND GEORGY SIROTA,<br><br>Defendants. | 25-CV-5175 (VSB) (OTW)<br><br>**POST-CONFERENCE ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Status Conference on July 29, 2026. Parties are directed to meet and confer to decide on a protective order by **August 12, 2026.** If parties are unable to agree on a protective order, they are directed to file a joint letter on the docket on **August 12, 2026**, identifying the reasons for and remaining areas of their disagreement.

Parties are directed to meet and confer after receiving Defendant Georgy Sirota's deposition transcript to decide what information is still being sought and what parties plan to do to acquire that information. If Plaintiff intends to move for further relief, the parties are directed to file a joint letter identifying the areas in dispute by **August 28, 2026.** The letter shall include a proposed briefing schedule for any motion to compel.

The fact discovery deadline is **EXTENDED** to **August 28, 2026**, without prejudice to further extensions.

The parties were initially directed to file a joint status letter on the last business Friday of every month in the Court's Post-Conference Order on March 4, 2026, (ECF 18), but failed to

do so in May and June. Parties are reminded that they must file a joint discovery status letter on the last business Friday of every month, even if they do not have any live or brewing discovery disputes.

Even if the parties have resolved all of their discovery disputes, they are directed to resume their joint status letters on **August 28, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 4, 2026
New York, New York