**MEMO ENDORSED.**

MIZRAHI KROUB LLP

Louis M. Leon – Attorney
225 Broadway, 39th Floor
New York, NY 10007
D (212) 390-0346
F: (212) 595-9700
LLeon@mizrahikroub.com

August 12, 2026

**VIA ECF**
Hon. Ona T. Wang, U.S.M.J.
United States District Court – Southern District of New York
Courtroom 20D
500 Pearl Street
New York, NY 10007

Re: Alberto Rivera v. Strictly Confidential, Inc. et al.
Civil Action No 1:25-cv-05175-VSB-OTW

Your Honor:

We represent Plaintiff Alberto Rivera in the above-captioned matter, brought under the Fair Labor Standards Act and the New York Labor Law. With Defendants' consent, the parties respectfully request a one-week extension of the deadline to file a joint letter regarding a protective order. See ECF No. 25. This is the parties' first request for an extension of this deadline.

The parties make this request because they are continuing to confer regarding the terms of a proposed protective order. In addition, this matter is expected to be reassigned to another attorney at our firm in the coming days, which may further affect the parties' ability to finalize their joint submission by the current deadline. Accordingly, the parties respectfully request a one-week extension to submit the joint letter.

We thank the Court for its attention to this matter.

Sincerely,

*Louis M. Leon*
Louis M. Leon, Esq.

Application **GRANTED.**

Parties are directed to file a joint letter regarding a protective order by **August 19, 2026.**

**SO ORDERED.**

Ona T. Wang August 14, 2026
U.S.M.J.